Jeff Reich—067250
Shane Reich- 222948
Paul Hager—071072
jreich@reichlaw.com
**THE REICH LAW FIRM**
8441 N. MILLBROOK, SUITE 104
FRESNO, CA 93720
PHONE: 559-440-1191; FAX: 559-432-9092

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Petitioner, Sona Vartanian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SONA VARTANIAN,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>BARSTOW COMMUNITY COLLEGE, LEOPOLDO C. SANTIAGO, and LAURA BENSON,<br><br>    Respondents/Defendants. | Case No. 5:20-cv-01358<br><br>RELIEF SOUGHT: TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF |

<u>VERIFIED COMPLAINT</u>

This complaint seeks equitable relief to enjoin Defendants/Respondents from conducting an interrogation of Plaintiff/Petitioner (which Respondents have characterized as an "administrative interview") concerning accusations made against Petitioner by her colleagues at Barstow Community College ("BCC"), Petitioner's employer, while depriving Petitioner of her rights of due process under the United States Constitution.

<u>Parties</u>

1. Petitioner, Sona Varatanian, is employed by Respondent BCC as a professor of mathematics.

2. BCC is located at
   2700 Barstow Road
   Barstow, California 92311
   760.252.2411

3. Laura Benson is Interim VP Human Resources. Ms. Benson's contact information is as follows:
   2700 Barstow Road
   Barstow, California 92311
   760.252.2411
   lbenson@barstow.edu

4. Leopoldo C. Santiago is the attorney and interrogator hired by BCC to conduct the interrogation of Petitioner and the investigation of the accusations targeting Petitioner. Mr. Santiago's contact information is as follows:
   Leopoldo C. Santiago
   Erickson Law Firm
   2878 Camino Del Rio South
   Suite 115
   San Diego, CA 92108
   LSantiago@ericksonlaw.com

## Jurisdiction And Venue

5. This court has jurisdiction of this civil rights dispute, brought pursuant to 42 U.S.C. § 1983, pursuant to 28 U.S.C. § 1343(3).

## Facts

6. Plaintiff, Sona Vartanian, a professor of mathematics, has been employed at BCC for twenty years. Defendants BCC and Ms. Laura Benson, Interim Vice President, Human Resources at BCC, have informed Petitioner that she will be interviewed by BCC's attorney Leopoldo C. Santiago concerning allegations that Ms. Vartanian has engaged in "multiple instances of

harassment, discrimination, and unprofessional and inappropriate conduct." Other than these four broad, conclusory characterizations of conduct over the course of about nine months, BCC and Benson have pointedly refused to provide to Ms. Vartanian any information about the nature and substance of the allegations prior to Ms. Vartanian's making herself available to be interrogated.

7. In addition, BCC and Benson have on several occasions refused Ms. Vartanian's request to be allowed to have counsel of her choosing present during any interrogations. Because of the nature of the accusations, Ms. Vartanian's utter bewilderment about any possible bases for such accusations, and the insistence of the Defendants that Ms. Vartanian must subject herself to an interrogation without the benefit of counsel and without an opportunity to understand the accusations that target her and her continued employment prior to the interrogation for which she is the admitted target, Petitioner has a well-founded belief that the interrogation may be a prelude to decision by Respondents to discipline her or even to deprive her of her constitutionally-protected interest in her continued employment and her expectation that she will be allowed to earn her salary free from arbitrary administrative action. Petitioner is ready and willing to be interrogated, but only under conditions that respect her constitutional rights of due process.

WHEREFORE, Plaintiff/Petitioner Sona Vartanian prays that the Court grant the following relief:

a. a temporary restraining order restraining respondents from interrogating petitioner while denying her requests (a) to be informed of the nature of the accusations against her prior to the commencement of any interrogations, and (b) to be assisted by counsel of her choice in any interrogations concerning her alleged misconduct;

b. issuance of an order directing Respondents to show cause why they should not be preliminarily and permanently enjoined from interrogating petitioner while denying her requests (a) to be informed of the nature of the accusations against her prior to the commencement of any interrogations, and (b) to be assisted by counsel of her choice in any interrogations concerning her alleged misconduct;

c. issuance of an order setting this matter for hearing within 28 days of the date of any order granting or denying the relief requested above

d. a permanent injunction enjoining Defendants from interrogating Plaintiff while denying her requests (a) to be informed of the nature of the accusations against her prior to the commencement of any interrogations, and (b) to be assisted by counsel of her choice in any interrogations concerning her alleged misconduct;

e. an award of attorney's fees pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988; and

f. such other relief as to which Plaintiff may show herself entitled.

Dated: July 7, 2020.

                                        Respectfully submitted,

                                        THE REICH LAW FIRM

                                        By: _____
                                              Jeff Reich,
                                              Attorneys for Petitioner Sona Vartanian

## VERIFICATION

I, Sona Vartanian, declare:

1. I have reviewed all factual allegations herein. They are within my personal knowledge, and I could testify competently thereto, except for those matters alleged on information and belief and as to those matters I believe them to be correct.

2. I am the plaintiff in the instant action and the moving party on this pending application for *ex parte* relief, to wit: a temporary restraining order and a preliminary injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Fresno, California, on July 7, 2020.

_____
Sona Vartanian